Syracuse, New York
Hearing Date & Time: August 3, 2015 at 10:00 a.m.

HERRICK, FEINSTEIN LLP
Robert L. Rattet
Andrew C. Gold
Stephen B. Selbst
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
rrattet@herrick.com
agold@herrick.com
sselbst@herrick.com

PHILLIPS LYTLE LLP
William J. Brown
125 Main Street
Buffalo, New York 14203
(716) 847-7089
wbrown@phillipslytle.com

*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                    Chapter 11

COYNE INTERNATIONAL ENTERPRISES          Case No. 15-31160 (MCR)
CORP.,

        Debtor.[1]
---------------------------------------------------------x

## AGENDA FOR AUGUST 3, 2015 HEARING

Location of Hearing:  United States Bankruptcy Court for the Northern District of New York, before the Honorable Margaret Cangilos-Ruiz, United States Bankruptcy Judge, Courtroom 723, James Hanley Federal Building, 100 South Clinton Street, Syracuse, NY 13261

    1.    Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for (i) Authorization to Pay Wages, Compensation, and Employee Benefits, and (ii) Authorization for Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 3]

---

[1] The last four numbers of the Debtor's taxpayer identification number are 0758. The Debtor's address is 140 Cortland Avenue, Syracuse, New York 13202.

2. Motion Pursuant to Bankruptcy Rules 1007(c) and 2002(d) for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 4]

3. Motion for Entry of an Order Authorizing the Debtor to Redact (I) Certain Supplements to the Debtor's Statements of Financial Affairs and Schedules of Assets and Liabilities, and (II) Contact Information for the Debtor's Customers [Docket No. 5]

4. Motion for Order Authorizing Maintenance of Prepetition Cash Management System, Bank Accounts and Continued Use of Existing Business Forms, and Granting Related Relief [Docket No. 6]

5. Application for Entry of an Order Authorizing the Retention and Employment of Rust Consulting/Omni Bankruptcy As Claims and Noticing Agent Effective as of the Petition Date [Docket No. 7]

6. Motion for Interim and Final Orders (I) Authorizing, on an Emergency Basis, Payment of Certain Prepetition Claims of Critical Vendors; (II) Authorizing, But Not Directing, After Notice and a Hearing, the Debtor to Pay Certain Obligations Arising in Connection With Goods Received Within the Twenty Day Period Before the Petition Date; and (III) Scheduling a Final Hearing [Docket No. 8]

7. Motion for Entry of Interim and Final Orders (I) Authorizing Debtor in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364; (II) Granting Liens, Security Interests and Superpriority Claims; (III) Authorizing Use of Cash Collateral and Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Scheduling a Final Hearing [Docket No. 9]

Dated: New York, New York
August 2, 2015

HERRICK, FEINSTEIN LLP
*Proposed Attorneys for the Debtor and Debtor in Possession*

By: */s/ Robert Rattet*
　　Robert Rattet
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
rrattet@herrick.com

HF 10216782v.1