UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

Coyne International Enterprises Corp.                    Case No. 15-31160
                                                         Chapter 11


                              Debtor.

_____

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and

(b), hereby appoints the following unsecured creditors who are willing to serve on the Official

Committee of Unsecured Creditors of Coyne International Enterprises Corp:


1.      G&K Services, Co.
        5995 Opus Parkway, Suite 500
        Minnetonka, MN 55343
        Attn: Daniel J. Slade, Strategic Business Initiatives
        Tel. No. (952) 912-5699

2.      NYS Teamsters Conference
        Pension & Retirement Fund
        151 Northern Concourse
        Syracuse, NY 13212-4047
        Attn:   Kenneth Stilwell, Executive Administrator
        Tel. No. (315) 455-4640

3.      Central States, Southeast and Southwest Areas Pension fund
        9377 West Higgins Road
        Rosemont, IL 60018
        Attn: Brad Berliner, Associate General Counsel
        Tel. No. (847) 939-2478

Dated: Utica, New York
        August 12, 2015

                                        Respectfully Submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                        By:      _____/s/ Guy A. Van Baalen_____
                                        Guy A. Van Baalen
                                        Assistant United States Trustee
                                        10 Broad Street
                                        Utica, New York 13501
                                        Tel. No.: (315) 793-8191
                                        Fax No.: (315) 793-8133