**EXHIBIT 3**

**(SALE NOTICE)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                      Chapter 11

COYNE INTERNATIONAL ENTERPRISES            Case No. 15-31160-5-mcr
CORP.,

        Debtor.
-----------------------------------------------------------x

## NOTICE OF PUBLIC AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that Coyne International Enterprises Corp. (the "Debtor") has been authorized to sell substantially all of the its assets free and clear of all liens, claims, interests, and encumbrances to the Successful Bidder(s) (the "Sale") at the auction to be held on October 27, 2015, at 9:00 a.m. (EST) at the offices of the Debtor's counsel, Herrick, Feinstein LLP, 2 Park Avenue, New York, New York (the "Auction").[1]

**PLEASE TAKE FURTHER NOTICE** that, on [ ], the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") entered an order (the "Bidding Procedures Order") approving the procedures (the "Bidding Procedures") governing the Auction, which sets forth dates and times related to the Sale. All interested bidders should carefully read the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures and the summary description of its terms and conditions in this Notice, the terms of the Bidding Procedures as approved by the Court shall control.

**PLEASE TAKE FURTHER NOTICE** *that the Debtor seeks authorization to sell substantially all of the Debtor's assets under section 363 of the Bankruptcy Code prior to the entry of any order of confirmation of a plan under chapter 11 of the Bankruptcy Code.*

**PLEASE TAKE FURTHER NOTICE** that the Debtor estimates it has liabilities of $50-$100 million. The Debtor anticipates that administrative and priority claims will be paid in full, but the Debtor does not anticipate any distributions to unsecured creditors. The Debtor seeks to sell its assets prior to the filing of any disclosure statement or plan because the Debtor's assets are at risk of deterioration in value, and because the timeline for a sale is set forth in the asset purchase agreements with the stalking horse bidders. The Debtor believes it will maximize the value of its assets by conducting the Sale on the terms of the asset purchase agreements with the stalking horse bidders.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures and Bidding Procedures Order, as well as all related exhibits, have been electronically filed with the Bankruptcy Court and may be examined and inspected by interested parties by (i) accessing the Bankruptcy Court's website at www.nynb.uscourts.gov, or (ii) accessing the website

---

[1] To the extent not otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the Bidding Procedures, which are annexed as Exhibit 1 to the Bidding Procedures Order.

maintained by the Debtor in connection with their chapter 11 case at http://www.omnimgt.com/coyne.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor receives Qualified Bids within the requirements and timeframe specified in the Bidding Procedures, then the Debtor will conduct the Auction on October 27, 2015 at 9:00 a.m. (EST), at the offices of Herrick, Feinstein LLP, 2 Park Avenue, New York, New York 10016, or at such other location as the Debtor may designate.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale before the before the Honorable Margaret Cangilos-Ruiz, United States Bankruptcy Judge, James Hanley Federal Building, 100 South Clinton Street, Syracuse, NY 13261 at October 29, 2015 (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** October 19, 2015 at 12:00 p.m. prevailing Eastern Time, is the deadline to object to entry of the proposed Sale Order (the "Sale Objection Deadline"); *provided*, that such deadline may be extended by the Court or upon agreement of the Debtor, the Committee, the affected objecting party, and the affected Stalking Horse Bidder, with approval of the Court.  Except for objections to the conduct of the Auction and the determination of highest and otherwise best bids, which may be raised at the Sale Hearing, objections, if any, must: (i) be in writing; (ii) conform to the provisions of the applicable Bankruptcy Rules and the applicable Local Rules; (iii) state with particularity the legal and factual basis for the objection; and (iv) be filed with this Court no later than the Sale Objection Deadline, which will cause electronic service via CM/ECF upon the following parties (the "Notice Parties"):

| **Debtor** | **Counsel to Debtor** |
|---|---|
| Coyne International Enterprises Corp.<br>140 Cortland Ave.<br>Syracuse, NY  13221<br>Attention:  Mark Samson<br>Email:<br>mark.samson@coynetextileservices.com | Herrick, Feinstein, LLP<br>2 Park Avenue<br>New York, NY  10016<br>Attention: Stephen B. Selbst<br>Email:  sselbst@herrick.com |
| **Counsel to Clean** | **Counsel to the Creditors' Committee** |
| Paul Plourde<br>50 Exchange Terrace<br>Providence, RI  02903<br>Email:  paul@paulplourde.com | Womble Carlyle<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Attention:  Matthew P. Ward<br>MaWard@wcsr.com |
| **Counsel to NXT** | **Counsel to Medley** |

2

| | |
|---|---|
| Goldberg Kohn Ltd.<br>55 East Monroe, Suite 3300<br>Chicago, IL  60603<br>Attention:  Randall Klein<br>Email:  randall.klein@goldbergkohn.com | DLA Piper LLP<br>1251 Avenue of the Americas<br>New York, NY  10152<br>Attention:  Thomas Califano<br>Email:  thomas.califano@dlapiper.com |
| **United States Trustee** | **Counsel to Prudential** |
| Office of the United States Trustee<br>for the Northern District of New York<br>U.S. Courthouse and Federal Building<br>10 Broad Street, Suite 105<br>Utica, NY  13501<br>Attention:  Guy A. Van Baalen<br>Email:  Guy.A.VanBaalen@usdoj.gov | Pearlman & Tishbi<br>1900 Avenue of the Stars, Suite 310<br>Los Angeles, CA 90067<br>Attention:  John Tishbi, Esq.<br>E-mail:  jtishbi@ptfirm.com<br><br>Norton Rose Fulbright US LLP<br>555 South Flower Street,<br>Los Angeles, CA 90071<br>Attention:  Rebecca J. Winthrop<br>rebecca.winthrop@nortonrosefulbright.com<br><br>Norton Rose Fulbright US LLP<br>666 Fifth Avenue<br>New York, NY 10103-3198<br>Attention:  David A. Rosenzweig<br>david.rosenzweig@nortonrosefulbright.com |
| **Counsel to CTS Acquisition, Inc.** | **Counsel to the Examiner** |
| Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>Attention: Stephen A. Donato<br>sdonato@bsk.com | Harris Beach PLLC<br>333 West Washington Street, Suite 200<br>Syracuse, NY 13202<br>Atttention: Wendy Kinsella<br>wkinsella@HarrisBeach.com |

**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**

Any party or entity who fails to timely file and serve an objection to the Sale on or before the Sale Objection Deadline, or as otherwise extended, in accordance with the Bidding Procedures Order shall be forever barred from asserting any objection to the Sale, including with respect to the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances.