## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

In re                                          :      Chapter 11
                                               :
COYNE INTERNATIONAL ENTERPRISES :              Case No. 15-31160-5-mcr
CORP.,                                         :
                                               :
                 Debtor.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California.  I hereby certify that on October 28, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Successful Bidders and Assumption of Certain Executory Contracts and Unexpired Leases [Docket No. 312]**

Dated: October 29, 2015

Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this _29_ day of _Oct_, 20_15_, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

LINDA BRITTAIN
Commission # 2126609
Notary Public - California
Los Angeles County
My Comm. Expires Sep 13, 2019

# EXHIBIT A

**Parties R-1 through R-15,347 were served Via Us Mail**

**Under Seal**

Coyne International Enterprises Corp. - U.S. Mail                                                                                  Served 10/28/2015

KD KENNEDY JR.                          SS INDUSTRIES, LLC                    TAYLOR'S & COMPANY, INC.
714 W. JOHNSON STREET                   1811 E. CLIFTON ROAD NE              304 LENOIR DRIVE
KENNEDY SPACE CENTER                    ATLANTA, GA 30307                     WINCHESTER, VA 22603
RALEIGH, NC 27603

                                                                             Parties Served: 3