| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | Hearing Date: November 9, 2015, 11:00 a.m.<br>Hearing Location: Syracuse, New York |

In re:                                                        )
                                                              )   Chapter 11
COYNE INTERNATIONAL ENTERPRISES   )   Case No. 15-31160-5-MCR
CORP.,                                                   )
                                                              )   **Related Docket Nos. 324, 325, and 326**
                            Debtor.                    )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
COUNTY OF ONONDAGA  )  ss.:

AUDREY A. VROOMAN, being duly sworn, deposes and says:

1. That she is in the employ of Menter, Rudin & Trivelpiece, P.C., local and conflicts counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter.

2. That on the 3rd day of November, 2015, she electronically filed the (i) *Motion of the Official Committee of Unsecured Creditors for Order Granting It Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate and for Related Relief* with attached *Exhibits A and B,* and (ii) *Affidavit in Support of Order Shortening Time for Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order Granting it Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate* with attached proposed *Order Shortening Notice,* with the Clerk of the United States Bankruptcy Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the parties set forth on the attached **Service List A**.

3. That on the 3rd day of November, 2015, she served copies of (i) *Motion of the Official Committee of Unsecured Creditors for Order Granting It Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate and for Related Relief* with attached *Exhibits A and B* [Docket No. 324], and (ii) *Affidavit in Support of Order Shortening Time for Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order Granting it Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate* with attached proposed *Order Shortening Notice* [Docket No. 325] upon the parties set forth on **Service List B** via first class mail by depositing copies of same in properly addressed, postage paid envelopes in an official

depository under the exclusive care and custody of the United States Postal Service at 400 West Division Street, Syracuse, New York, prior to the last pick up time for that day.

4. That on the 4th day of November, 2015, she served copies of (i) *Motion of the Official Committee of Unsecured Creditors for Order Granting It Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate and for Related Relief* with attached *Exhibits A and B* [Docket No. 324], (ii) *Affidavit in Support of Order Shortening Time for Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order Granting it Standing to Prosecute Certain Actions on Behalf of the Debtor's Estate* with attached proposed *Order Shortening Notice* [Docket No. 325], and (iii) *Order Shortening Notice for Hearing on Motion for an Order Granting Standing to Official Committee of Unsecured Creditors to Pursue Estate Claims* [Docket No. 326] upon the party set forth on **Service List C** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service at 400 West Division Street, Syracuse, New York, prior to 5:00 p.m. on that day.

                                                           */s/Audrey A. Vrooman*
                                                           Audrey A. Vrooman

Sworn to before me this
4th day of November, 2015.

   */s/Jeffrey A. Dove*
Notary Public, State of New York
Qualified in Onondaga County, No. 02DO4831718
Commission Expires March 30, 2019

## SERVICE LIST A

**James T Bentley** on behalf of Creditor National Retirement Fund - james.bentley@srz.com

**Brad R Berliner** on behalf of Creditor Central States, Southeast and Southwest Areas Pension Fund - bberliner@centralstates.org

**Joseph S.U. Bodoff** on behalf of Creditor AVX Corporation - jbodoff@rubinrudman.com

**William Joseph Brown** on behalf of Debtor COYNE INTERNATIONAL ENTERPRISES CORP. - wbrown@phillipslytle.com, kludlow@phillipslytle.com

**Thomas Califano** on behalf of Creditor Medley Capital Corporation - thomas.califano@dlapiper.com, evelyn.rodriguez@dlapiper.com; Arkady.Goldinstein@dlapiper.com; Daniel.Egan@dlapiper.com; Mordechai.Sutton@dlapiper.com

**Catherine M Campbell** on behalf of Creditor New England Teamsters and Trucking Industry Pension Fund - cmc@fczlaw.com, nadvady@fczlaw.com

**J. Eric Charlton** on behalf of Creditor Cleveland Electric Illuminating Company - echarlton.ecf@barclaydamon.com, rjones@barclaydamon.com

**Robert N. H. Christmas** on behalf of Interested Party Thomas M. Coyne - rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com; roc.managing.clerk@nixonpeabody.com

**Vincent Martin DeBella** on behalf of Creditor NYS Teamsters Conference Pension & Retirement Fund - vdebella@pkgdlaw.com

**Stephen A. Donato** on behalf of Interested Party CTS Acquisition, Inc. - sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

**Jeffrey A. Dove** on behalf of Attorney Official Committee of Unsecured Creditors - jdove@menterlaw.com, avrooman@menterlaw.com

**Robert J. Feldman** on behalf of Creditor Excellus Health Plan, Inc. - rfeldman@gross-shuman.com, jburhyte@gross-shuman.com; mmagaris@gross-shuman.com; lspula@gross-shuman.com

**Mark Steven Frankel** on behalf of Creditor Arrow Uniform - mfrankel@couzens.com

**Sara Jean Geenen** on behalf of Creditor International Brotherhood of Teamsters and its Local Unions No. 20,170,293,294,317,397,449,529, and 585 - sjg@previant.com, FP@previant.com

**Gerald J. Green** on behalf of Creditor NYS Teamsters Conference Pension & Retirement Fund - gjgreen15@yahoo.com

**Melissa Harclerode** on behalf of Creditor Pension Benefit Guaranty Corporation - harclerode.melissa@pbgc.gov

**Hanh V Huynh** on behalf of Debtor COYNE INTERNATIONAL ENTERPRISES CORP. - hhuynh@herrick.com, lporetsky@herrick.com

**Paula Kay Jacobi** on behalf of Creditor RT Highway 290 Building 2, LLC - pjacobi@btlaw.com, jbennett@btlaw.com

**Casey A Johnson** on behalf of Creditor Duke Energy Carolinas, LLC, Duke Energy Progress, Inc., and Duke Energy Ohio, Inc. - cjohnson@bhlawpllc.com, sweiler@bhlawpllc.com; rweiler@bhlawpllc.com; lellis@bhlawpllc.com; rreleford@bhlawpllc.com

**Ericka F Johnson** on behalf of Creditor Committee Official Committee of Unsecured Creditors - erjohnson@wcsr.com, kdalton@wcsr.com

**Shannon Jones** on behalf of Creditor City of Syracuse Office of Corporation Counsel - sjones@syrgov.net

**Wendy A. Kinsella** on behalf of Examiner Lee E Woodard - bkemail@harrisbeach.com

**Randall L Klein** on behalf of Creditor NXT Capital, LLC - randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com; prisca.kim@goldbergkohn.com

**Robert T Kugler** on behalf of Creditor G&K Services, Inc. - robert.kugler@stinsonleonard.com, laura.schumm@stinsonleonard.com

**William F. Larkin** on behalf of Interested Party United States of America on behalf of the Environmental Protection Agency - william.larkin@usdoj.gov, nicole.wentworth@usdoj.gov; barbara.jaggers@usdoj.gov; danielle.salvagni@usdoj.gov

**Louis Levine** on behalf of Creditor Arrow Uniform - llevine@melvinlaw.com, kduring@melvinlaw.com

**Timothy Patrick Lyster** on behalf of Creditor NXT Capital, LLC - tlyster@woodsoviatt.com

**Stacey M Metro** on behalf of Interested Party c/o Stacey Metro AAG State of New York - stacey.metro@ag.ny.gov

**Stephen M. Nagle** on behalf of Interested Party NYS Department of Environmental Convervation - stephen.nagle@ag.ny.gov

**Katie Nownes** - coyne@omnimgt.com, katie@omnimgt.com

**Frederick Perillo** on behalf of Creditor International Brotherhood of Teamsters and its Local Unions No. 20,170,293,294,317,397,449,529, and 585 - fp@previant.com

**Patricia Williams Prewitt** on behalf of Interested Party Kinder Morgan, Inc. - pwp@pattiprewittlaw.com

**Robert L Rattet** on behalf of Debtor COYNE INTERNATIONAL ENTERPRISES CORP. - rrattet@herrick.com

**David A. Rosenzweig** on behalf of Creditor Prudential Overall Supply, Inc. - david.rosenzweig@nortonrosefulbright.com

**William F Savino** on behalf of Creditor NXT Capital, LLC - wsavino@woodsovitt.com, lherald@woodsoviatt.com

**Bernard Schenkler** on behalf of Creditor NXT Capital, LLC - bschenkler@woodsoviatt.com

**J Robert Seder** on behalf of Creditor Millbury Federal Credit Union - jrseder@sederlaw.com

**Stephen B Selbst** on behalf of Debtor COYNE INTERNATIONAL ENTERPRISES CORP. - sselbst@herrick.com

**Charles J. Sullivan** on behalf of Interested Party CTS Acquisition, Inc. - csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com

**U.S. Trustee** - USTPRegion02.UT.ECF@usdoj.gov

**Guy A. VanBaalen** on behalf of U.S. Trustee U.S. Trustee - USTPRegion02.UT.ECF@usdoj.gov

{33664/30153/AAV/01114888.DOC}

**Matthew P Ward** on behalf of Creditor Committee Official Committee of Unsecured Creditors - maward@wcsr.com, jwray@wcsr.com;hsasso@wcsr.com

**Francis P. Weimer** on behalf of Creditor Noco, Inc. f/k/a Noco Energy Corp - weimer@aarondautch.com

**Lee E. Woodard** on behalf of Examiner Lee E Woodard - bkemail@harrisbeach.com

## SERVICE LIST B

Guy A. Van Baalen, Esq., AUST
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, New York 13501

Erin P. Champion, Esq.
Trial Attorney
Office of the United States Trustee
U.S. Courthouse & Federal Building
10 Broad Street, Suite 105
Utica, New York 13501

## SERVICE LIST C

Guy A. Van Baalen, Esq., AUST
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, New York 13501