## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400



**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** William Countryman
US Bankruptcy Northern District of New York
230 Alexander Pirnie Federal Building
10 Broad Street
Utica NY 13501

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Travis Eastman at 516-608-2405 or teastman@veritext.com

| Statement Date: 1/4/2016 | | | | | | | | Total Balance Due: | $631.25 |
|---|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | | Balance Due |
| NY2511731 | 12/28/2015 | 2207894 | 12/21/2015 | Coyne International Enterprise Corporation v | William Countryman | O | 7 | | $631.25 |
| | | | | | | | | Total: | $631.25 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $631.25 | $0.00 | $0.00 | $0.00 | $631.25 |



RECEIVED
JAN 1 4 2016
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

FILED
JAN 1 4 2016
OFFICE OF THE BANK...
UTICA, NY   ...LERK

Please Remit Payment To:   Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.